IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**JAMES T. BRADLEY and GARRETT LAMBERT,**
in their own right and on behalf of others
similarly situated,

      Plaintiffs,

v.                                          Civil Action No. 2:18-cv-00007
                                              Judge John T. Copenhaver, Jr.

**LEGACY LAND MANAGEMENT, INC.,
KENNETH LAMBERT, and SHERRI
LAMBERT, individually,**

      Defendants.

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
AND PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS**

COMES now the Plaintiffs, James T. Bradley and Garrett Lambert in their own right and behalf of others similarly situated, by counsel, and Defendants, Legacy Land Management, Inc., Kenneth Lambert, and Sherri Lambert, individually, by counsel, and requests this Court pursuant to Federal Rules of Civil Procedure Rule 23(a) and Rule 23(b)(1)(B) and seek the following:

1.    Preliminary approval of class action and settlement agreement.

2.    Preliminary certification of a mandatory settlement class.

In support thereof, the Plaintiffs submit the detailed attached Memorandum of Law.

                                                               **PLAINTIFFS,**

                                                               **By Counsel**

                                                               /s/ Greg A. Hewitt
                                                               Greg A. Hewitt (WVSB 7457)
                                                                Anthony M. Salvatore (WVSB 7915)
                                                               HEWITT & SALVATORE, PLLC
                                                              204 North Court Street
                                                              Fayetteville, WV  25840
                                                              Phone:   304-574-0272
                                                              Fax:       304-574-0273
                                                              ghewitt@hewittsalvatore.com
                                                             asalvatore@hewittsalvatore.com

Anthony J. Majestro (WVSB 5165)
J.C. Powell (WVSB 2957)
POWELL & MAJESTRO PLLC
405 Capitol Street, Suite P1200
Charleston, WV 25301
Phone: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
jcpowell@powellmajestro.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**JAMES T. BRADLEY and GARRETT LAMBERT,**
in their own right and on behalf of others
similarly situated,

      **Plaintiffs,**

v.                                     **Civil Action No. 2:18-cv-00007**
                                           **Judge John T. Copenhaver, Jr.**

**LEGACY LAND MANAGEMENT, INC.,**
**KENNETH LAMBERT, and SHERRI**
**LAMBERT, individually,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Greg A. Hewitt, counsel for Plaintiffs, do hereby certify that the foregoing Certificate of Service for **Joint Motion for Preliminary Approval of Class Settlement and Preliminary Certification of Settlement Class** has been filed with the Court on this 15th day of August, 2019, using the CM/ECF system.

                                                  /s/ Greg A. Hewitt
                                                  Greg A. Hewitt (WVSB 7457)
                                                  *Counsel for Plaintiffs*