IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**JAMES T. BRADLEY and GARRETT LAMBERT,**
**in their own right and on behalf of others**
**similarly situated,**

      **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　**Civil Action No. 2:18-cv-00007**
　　　　　　　　　　　　　　　　　　　　　　**Judge John T. Copenhaver, Jr.**

**LEGACY LAND MANAGEMENT, INC.,**
**KENNETH LAMBERT, and SHERRI**
**LAMBERT, individually,**

      **Defendants.**

## NOTICE OF DISMISSAL OF CLAIM

COMES now the Plaintiffs, by counsel, Greg A. Hewitt, Anthony M. Salvatore, James C. Powell, and Anthony J. Majestro, and dismisses the claim under the Fair Labor Standards Act 29 USC § 201, et. seq, as stated in paragraph 5 of the Plaintiffs' Amended Complaint, with prejudice.

　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS,**

　　　　　　　　　　　　　　　　　　　　**By Counsel**

　　　　　　　　　　　　　　　　　　　　**/s/ Greg A. Hewitt**
　　　　　　　　　　　　　　　　　　　　**Greg A. Hewitt (WVSB 7457)**
　　　　　　　　　　　　　　　　　　　　**Anthony M. Salvatore (WVSB 7915)**
　　　　　　　　　　　　　　　　　　　　**HEWITT & SALVATORE, PLLC**
　　　　　　　　　　　　　　　　　　　　**204 North Court Street**
　　　　　　　　　　　　　　　　　　　　**Fayetteville, WV  25840**
　　　　　　　　　　　　　　　　　　　　**Phone:   304-574-0272**
　　　　　　　　　　　　　　　　　　　　**Fax:       304-574-0273**
　　　　　　　　　　　　　　　　　　　　ghewitt@hewittsalvatore.com
　　　　　　　　　　　　　　　　　　　　asalvatore@hewittsalvatore.com


　　　　　　　　　　　　　　　　　　　　**And**

**Anthony J. Majestro (WVSB 5165)**
**J.C. Powell (WVSB 2957)**
**POWELL &  MAJESTRO PLLC**
**405 Capitol Street, Suite P1200**
**Charleston, WV  25301**
**Phone:  304-346-2889**
**Fax:     304-346-2895**
**amajestro@powellmajestro.com**
**jcpowell@powellmajestro.com**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**JAMES T. BRADLEY and GARRETT LAMBERT,**
in their own right and on behalf of others
similarly situated,

    **Plaintiffs,**

v.                                        **Civil Action No. 2:18-cv-00007**
                                                 **Judge John T. Copenhaver, Jr.**

**LEGACY LAND MANAGEMENT, INC.,**
**KENNETH LAMBERT, and SHERRI**
**LAMBERT, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Greg A. Hewitt, counsel for the Plaintiffs, hereby certify that on September 19, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

                                                  /s/          Greg A. Hewitt
                                                              Greg A. Hewitt